UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| KYLE B. CHILTON, | )<br>)<br>) |
| Plaintiff, | ) Case No. 12-cv-742 |
| v. | )<br>) Honorable George C. Smith |
| NATIONAL LABOR RELATIONS BOARD, *et. al.*, | )<br>) Magistrate Judge Elizabeth<br>) Preston Deavers |
| Defendants. | )<br>) |

**ORDER DISMISSING COMPLAINT**

On July 14, 2014, the parties jointly moved for an order to remove this case from the abeyance docket and to dismiss Plaintiff's complaint. Good cause having been shown for the motion, it is hereby

ORDERED that Plaintiff's Complaint is dismissed.

_7/16/2014_
Date

_George C. Smith_
United States District Court Judge